1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
JEAN M. TURK;CSBN 131517
4 Special Assistant United States Attorney
   333 Market Street, Suite 1500
5    San Francisco, California 94105
   Tel: (415) 977-8935
6    Fax: (415) 744-0134
   E-Mail: jean.turk@ssa.gov
7 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DORENE MENA-HERNANDEZ ) | CV 09-8813 RZ |
| ) | |
| Plaintiff, ) | **JUDGMENT OF REMAND** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |
| ) | |

The Court ~~having~~ approve~~d~~s the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrently with the lodging of the within Judgment of Remand.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand. Specifically, the Commissioner having so stipulated in this Court, this matter shall be assigned to a new Administrative Law Judge upon remand, and the new Administrative Law Judge will 1) Follow the holding of this Court, in case no. CV 07-2581-RZ, that Plaintiff demonstrated a severe mental impairment during the

1 period at issue, and assess any limitations from such impairment; and 2) Update
2 the record with new testimony and any additional new medical records.
3
4 DATED: June 10, 2010
5 _____
6 HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE