ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
15315 Magnolia Blvd., Suite 402
Sherman Oaks, CA 91403
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DORENE MENA-HERNANDEZ | ) | CASE NO. CV 09-8813 (RZ) |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING ATTORNEYS FEES UNDER EAJA |
| vs. | ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | ) | |
| Defendant | ) | |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA, and good cause appearing therefor

IT IS HEREBY ORDERED that ~~EAJA fees are awarded~~ Plaintiff shall have and recover ~~in~~ the amount of $3,000.00 in EAJA fees. ~~subject to the terms of the stipulation.~~

Dated: September 3, 2010

_____
RALPH ZAREFSKY
U.S. Magistrate Judge